# United States District Court
## Southern District of Georgia

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2016 MAR 30 PM 2:40
CLERK_____
SO. DIST. OF GA.

LAURA BENTLEY

_____
Plaintiff

Case No. 1:16-cv-00035-JRH-BKE

v.   BANK OF AMERICA, N.A., ET AL.

Appearing on behalf of Defendants Bank of America, N.A., et al.

_____
Defendant                               (Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 30th day of March, 2016.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | Theresia M. Moser |
| Business Address: | Moser Law Co. |
| | Firm/Business Name |
| | 112 Krog Street NE |
| | Street Address |
| | Suite 26   Atlanta   GA   30307 |
| | Street Address (con't)   City   State   Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2   City   State   Zip |
| | 404-537-5339                    526514 |
| | Telephone Number (w/ area code)   Georgia Bar Number |
| Email Address: | tmoser@moserlawco.com |