IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

LAURA BENTLEY,

    Plaintiff,

v.

BANK OF AMERICA et al.,

    Defendants.

CV 116-035

**O R D E R**

Presently before the Court is the parties' joint stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 32.) Accordingly, this case shall be **DISMISSED WITH PREJUDICE**. The Clerk is instructed to **TERMINATE** all motions and deadlines and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia this 13th day of October, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA